IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 25-cr-00106-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ABRAHAM GONZALEZ-ROMERO

    Defendant.

---

## SUPERSEDING INDICTMENT

---

The Grand Jury charges:

### COUNT 1

On or about February 28, 2025, in the State and District of Colorado, the Defendant, ABRAHAM GONZALEZ-ROMERO, intentionally forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with a federal law enforcement officer, to wit: K.C., who was then engaged in the performance of his official duties; and in doing so made physical contact with said federal law enforcement officer, to wit: intentionally rammed into K.C., hitting him in the torso at a sprint, knocking him to the ground.

All in violation of Title 18, United States Code, Section 111(a)(1).

### COUNT 2

On or about, in between, and including December 3, 2023, through January 23, 2024, in the State and District of Colorado, the Defendant, ABRAHAM GONZALEZ-

ROMERO, knowing that he was an alien illegally and unlawfully in the United States knowingly possessed a firearm in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(5)(A).

A TRUE BILL


<u>Ink Signature on file in Clerk's office</u>
FOREPERSON

J. BISHOP GREWELL
Acting United States Attorney


By: *s/ Michael Lewis*
Michael Lewis
Assistant United States Attorney
United States Attorney's Office
1801 California St., Ste. 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: michael.lewis@usdoj.gov