IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 25-cr-00106-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ABRAHAM GONZALEZ-ROMERO,

      Defendant.

---

## SENTENCING STATEMENT[1]

---

Abraham Gonzalez-Romero, through counsel, Kelly Christl, requests this Court impose a sentence of 12 months. In support:

### I. NATURE AND CIRCUMSTANCES OF THE OFFENSE

Mr. Gonzalez-Romero pleaded guilty to one count of possession of a firearm by an alien. Mr. Gonzalez-Romero was undocumented, but his presence was known and authorized by immigration officials. He was released on his own recognizance after encountering immigration officials at the border. Mr. Gonzalez-Romero posed for a photograph holding a Glock that did not belong to him.

### II. PERSONAL HISTORY AND CHARACTERISTICS

Mr. Gonzalez-Romero has no prior criminal history. He is currently 24 years old and was 22 years old at the time of the offense. Mr. Gonzalez-Romero came to the United States to escape

---

[1] Mr. Gonzalez-Romero's position is that the advisory sentencing guidelines range is 10 to 16 months. This is disputed. The government calculates the advisory guidelines range to be 18 to 24 months. If this Court overrules the defendant's objection to the offense level, the Court should construe this as a Motion for a Downward Variance.

poverty and in search of a better life. Mr. Gonzalez-Romero now misses his family and is eager to return to Venezuela to see his mother. He dreams of becoming a police officer in Venezuela. He initially wanted to return to Columbia where he could go back to working on tourist boats, but he does not want to be away from his family. He also plans to stay sober and does not want to be around drugs in Columbia.

While in custody in Denver County, Mr. Gonzalez-Romero completed several classes. Ex. A. He has not had any incident reports at the FDC, during his federal detention. He has also participated in programming at the FDC. Ex. B.

III.    OTHER 18 U.S.C. § 3553(a) FACTORS

Mr. Gonzalez has been in custody since March 11, 2024. The time credit calculated in the PSR does not include the two weeks before federal charges were filed when Mr. Gonzalez-Romero was in immigration custody. This lengthy period of pretrial incarceration will serve as just punishment and promote respect for the law. Mr. Gonzalez-Romero has no intention of returning to the United States after his deportation. Mr. Gonzalez-Romero has taken advantage of programming while incarcerated but will not likely receive any additional programming after a sentence is imposed.

IV.    USSG §5H1.2

If the Court finds that the higher guideline range applies, based on a four-level enhancement for the shooting on January 23, 2024, this Court should consider a slight downward variance because Mr. Gonzalez-Romero was youthful at the time of the offense. As the age policy statement says:

> Certain risk factors may affect a youthful individual's development into the mid-20's and contribute to involvement in the criminal justice systems, including environment, adverse childhood experiences, substance use, lack of educational opportunities, and familial relationships. In addition, youthful

individuals generally are more impulsive, risk-seeking, and susceptible to outside influence as their brains continue to develop into young adulthood. Youthful individuals are also more amenable to rehabilitation.

Mr. Gonzalez-Romero's upbringing in a country experiencing political unrest and poverty causing a lack of educational opportunities, coupled with his early experimentation with narcotics, squares with Mr. Gonzalez-Romero's youthful criminal conduct.

Wherefore, this Court should impose a sentence of 12 months with no supervised release.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


*/s/ Kelly Christl*
KELLY CHRISTL
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: Kelly_Christl@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on August 26, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

Garreth Winstead, Assistant U.S. Attorney
Email: garreth.winstead@usdoj.gov

and I will serve the document or paper to the following non-CM/ECF participant in the manner indicated:

Abraham Gonzalez-Romero (via mail)

*/s/ Kelly Christl*
KELLY CHRISTL
Assistant Federal Public Defender