IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  25-cr-00106-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ABRAHAM GONZALEZ-ROMERO

    Defendant.

---

### UNITED STATES' MOTION TO DISMISS COUNT 1
---

    The United States of America respectfully moves the Court, after sentencing of the above-named defendant, and as a condition thereto, to dismiss Count 1 of the Superseding Indictment as to the above-named defendant pursuant to the plea agreement.

    Respectfully submitted.

                       Peter McNeilly
                       United States Attorney

        By:   /s/ *E. Garreth Winstead*
               E. Garreth Winstead
               Assistant U.S. Attorney
               1801 California Street, Suite 1600
               Denver, CO 80202
               Telephone: 303-454-0100
               E-mail: Garreth.Winstead@usdoj.gov
               Attorney for Government

## CERTIFICATE OF SERVICE

  I hereby certify that on August 28, 2025, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to all e-mail addresses of record.

          By: /s/ *Jessie Zabriskie*
             Legal Assistant
             United States Attorney's Office